B18-21267  RJL/sbt

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor 1 | Michael A Lee |
| Debtor 2 (spouse, if filing) | Deborah L Lee |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case Number | 18-50109 |

# Official Form 410S2

## Notice of Post-Petition Mortgage Fees, Expenses and Charges      12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FEDERAL NATIONAL MORTGAGE ASSOCIATION    **Court claim no:** 5

**Last four digits** of any number **y**ou use to identify the debtor's account: 2954

Does this notice supplement a prior notice of post-petition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Post-petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | **FC Publication invoiced 12.27.2017** From The Record Herald 12.21.2017 BK filed prior to payment | (11) | $ **667.48** |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Michael A Lee                                    Case number    18-50109

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☒ I am the creditor.    ☐ I am the creditor's authorized agent or creditor's attorney
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, Information, and reasonable belief.

✗ /s/ Richard J. LaCivita, Esq.                              Date    03/30/2018
Signature

Print:    Richard J. LaCivita, Esq. (#0072368)
         Cynthia A. Jeffrey, Esq. (#0062718)               Title:    Attorney for Creditor
         Edward A. Bailey, Esq (#0068073)
         First Name    Middle Name    Last Name

Company    Reimer Law Co.

Address    30455    Solon Road
           Number    Street

           Solon              OH         44139
           City               State      Zip Code

Contact phone    330-425-4201                              Email:    rlacivita@reimerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Notice of Post Petition Fees Expenses and Charges was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants register in this case at the email address registered with the court and (ii) **by ordinary U.S. Mail** on March 30, 2018 addressed to:

Michael A Lee & Deborah L Lee, Debtors
3898 S Court SE
Washington Court Hou, OH 43160

Fayette County Treasurer
133 South Main Street, Suite 304
Washington Court House, Ohio 43160

/s/ Richard J. LaCivita
Reimer Law Co.
Edward A. Bailey #0068073
Cynthia A. Jeffrey #0062718
Richard J. LaCivita #0072368
30455 Solon Road, Solon, Ohio 44139
440-600-5500 - Fax 440-600-5521
rlacivita@reimerlaw.com
Attorneys for Federal National Mortgage Association